THE STATE OF NEW JERSEY v. THOMAS A. ARCHIPLEY.

Submitted October term, 1928—Decided January 3, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the state, *Abe J. David* and *Walter C. Tenney.*

For the defendant, *John W. McGeehan, Jr.*

PER CURIAM.
The application for the writ of *certiorari* is denied.

THE STATE OF NEW JERSEY v. JOHN W. KUGLER.

Submitted October term, 1928—Decided January 3, 1929.

Before Justices MINTURN, BLACK and CAMPBELL.

For the state, *Abe J. David* and *Walter C. Tenney.*

For the defendant, *John W. McGeehan, Jr.*

PER CURIAM.
The application for the writ of *certiorari* is denied.